MICHAEL J. HASSEN (Bar No. 124823)
REALLAW, APC
mjhassen@reallaw.us
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596
Telephone: (925) 359-7500
Facsimile: (925) 557-7690

WILLIAM MCGRANE (Bar No. 057761)
MATTHEW SEPUYA (Bar No. 287947)
MCGRANE PC
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 292-4807
william.mcgrane@mcgranepc.com
matthew.sepuya@mcgranepc.com

Attorneys for Plaintiff Michelle Gonzalez, an individual person, on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GONZALEZ, an individual person, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LANCE CONN, an individual; JAMES BRYANT, an individual,<br><br>    Defendants. | Case No. 2:19-CV-02155-MCE-CKD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND ALL ASSOCIATED OPPOSITION AND REPLY DATES; AND FOR STAY OF DISCOVERY**<br><br>Date:   May 28, 2020<br>Time:   1:30 p.m.<br>Ctrm.:  7<br>Judge:  Hon. Morrison C. England, Jr. |

Pursuant to the stipulation of the Parties, **IT IS HEREBY ORDERED THAT:**

    a)    The hearing on Defendant's Motion to Dismiss is continued to June 25, 2020, for purposes of revising the deadlines associated with filing the opposition and reply briefs;

    b)    The June 25, 2020 hearing is vacated and submitted without appearance and argument;

   c)  Plaintiff's Opposition to the Motion shall be filed on or before June 11, 2020;

   d)  Defendants' Reply to the Motion shall be filed on or before June 18, 2020; and

   e)  Discovery is stayed until after a ruling on the Motion.

**IT IS SO ORDERED.**

**Dated:  May 4, 2020**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE