UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHELLE GONZALEZ,

    Plaintiff,

    v.

LANCE CONN, et al.,

    Defendants.

No. 2:19-cv-02155-MCE-CKD

**ORDER**

Defendants' unopposed Motion to Dismiss (ECF No. 9) is GRANTED with leave to amend. Plaintiff's Motion to Amend the Complaint (ECF No. 15) and Motion for Relief from Inadvertent Waiver of Right to Amend Once of Course (ECF No. 16) are DENIED as moot.

IT IS SO ORDERED.

Dated: January 7, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1