1  WILLIAM MCGRANE [057761]
   MICHAEL J. HASSEN [124823]
2  MATTHEW SEPUYA [287947]
3  REALLAW, APC
   1981 N. Broadway, Suite 280
4  Walnut Creek, CA 94596
   Telephone: (925)-359-7500
5  wmcgrane@reallaw.us
   mjhassen@reallaw.us
6  msepuya@reallaw.us

7  Attorneys for Plaintiff Michelle Gonzalez, an individual person,
   on behalf of herself and all others similarly situated
8

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11  MICHELLE GONZALEZ, an individual      **CLASS ACTION**
    person, on behalf of herself and all
12  others similarly situated,            Case No. 2:19-CV-02155-MCE-CKD
                    Plaintiff,
13         v.                             **ORDER GRANTING
                                          STIPULATION TO CONTINUE
14  JAMES BRYANT, an individual           HEARING ON DEFENDANTS'
                                          MOTION TO DISMISS AND ALL
15                  Defendant.            ASSOCIATED OPPOSITION
                                          AND REPLY DATES**
16

17

18

19

20

21

22

Pursuant to the stipulation of the Parties, and good cause having been shown, IT IS HEREBY ORDERED that:

a) The hearing on the Motion is continued to May 6, 2021;

b) Plaintiff's Opposition to the Motion shall be filed on or before March 25, 2021;

c) Defendant's Reply to the Motion shall be filed on or before April 29, 2021.

IT IS SO ORDERED.

Dated: February 23, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE